IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 10-CV-861 |
| PHILIP S. STEINBERG, | : | |
| Defendant | : | |

PRAECIPE TO SATISFY JUDGMENT

TO THE CLERK:
United States District Court
Eastern District of Pennsylvania

    Please mark the above-captioned financial judgment satisfied.

                                        Very truly yours,

                                        WILLIAM M. McSWAIN
                                        United States Attorney

                                        ANTHONY ST. JOSEPH [PA 8490]
                                        Assistant United States Attorney

DATE: July 13, 2018